# THE CONGENI LAW FIRM, LLC
## 424 GRAVIER STREET
### NEW ORLEANS, LA 70130-2496

Leo D. Congeni, Esq.
email: leo@congenilawfirm.com
www.congenilawfirm.com

Telephone: (504) 522-4848
Facsimile: (504) 910-3055

*Certified Business Bankruptcy Law Specialist*
*American Board of Certification*

September 23, 2019

Clerk, U.S. Bankruptcy Court
Attn: Kenisha Walker, Case Administrator
500 Poydras St., Suite B-601
New Orleans, LA 70130

> RE:    RE:    *In re Royal Alice Properties, LLC,* **Case No. 19-12337**
> **U.S. Bankruptcy Court, E.D. La., Ch. 11, Sect. "A"**
>
> *Royal Alice Properties, LLC versus AMAG, Inc.*
> **Adv. No. 19-01133, U.S.B.C., E.D. La., Ch 11, Sect. "A"**

Dear Ms. Walker:

Please issue a new summons in the above-referenced adversary proceeding to the following Defendant:

> **AMAG, Inc.**
> **c/o Registered Agent**
> **Steve Markoff / Robert Frcek**
> **233 Wilshire Blvd., Suite 200**
> **Santa Monica, CA 90401**

**Very truly yours,**

**The Congeni Law Firm, LLC**

By: _____
      **Leo D. Congeni**

LDC/ymm
Encl.