# CERTIFICATE OF SERVICE

I, Michelle Moffatt _____ (name). certify that service of this summons and a copy of complaint was made September 24, 2019 _____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Amag, Inc.
c/o Registered Agent. Steve Markoff / Robert Freck, 233 Wilshire Blvd., Ste. 200, Santa Monica, CA 90401

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by U.S. Postal Svc certified mail addressed to the following officer of the defendant at: Amag, Inc., c/o Registered Agent Steve Markoff / Robert Freck, 233 Wilshire Blvd., Ste. 200, Santa Monica, CA 90401

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: September 24, 2019 _____ Signature: Michelle Moffatt

Print Name: Michelle Moffatt
Assistant to Leo D. Congeni

Business Address: Congeni Law Firm, LLC
424 Gravier St.
N.O., LA 70130