## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 19-12337 |
| ROYAL ALICE PROPERTIES, LLC | SECTION "A" |
| DEBTOR | CHAPTER 11 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

ROYAL ALICE PROPERTIES, LLC

    PLAINTIFF

VERSUS                                                                                               ADV. NO. 19-01133

AMAG, INC.

    DEFENDANT

### EX PARTE MOTION FOR EXTENSION OF TIME
### TO FILE ANSWER AND/OR RESPONSIVE PLEADINGS

**NOW COMES** Defendant, AMAG. INC., which respectfully requests a twenty-one (21) day extension to file an answer and/or responsive pleadings in this adversary proceeding No. 19-01133, and respectfully requests a first extension of time to plead pursuant to L.R. 7007-1, and that Plaintiffs have not filed an objection to an extension of time.

**WHEREFORE,** AMAG, Inc. prays for an Ex Parte Order granting an extension of twenty-one (21) days from the time the pleading would otherwise be due, that being November 19, 2019, to file an answer and/or responsive pleadings.

        Respectfully Submitted,

        */S/Richard W. Martinez*

        _____
        **RICHARD W. MARTINEZ (#17040)**
        Richard W. Martinez, APLC
        3500 N. Hullen St.
        Metairie, LA 70002
        Telephone: (504)525-3343
        Email: richard@rwmaplc.com
        Attorney for AMAG, Inc.