## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 19-12337 |
| ROYAL ALICE PROPERTIES, LLC | SECTION "A" |
| DEBTOR | CHAPTER 11 |

*************************************************************************

ROYAL ALICE PROPERTIES, LLC

    PLAINTIFF

VERSUS                                                                                                    ADV. NO. 19-01133

AMAG, INC.

    DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the *Ex Parte Motion for Extension of Time to File Answer and/or Responsive Pleadings* filed by Defendant, AMAG, Inc. has been served by electronic means through the Court's CMECF system on all parties who receive service through the Court's CMECF System and U.S. First Class Mail on AMAG, Inc., as listed on the service list below, this 28th day of October, 2019.

                                        Respectfully Submitted,

                                        */S/Richard W. Martinez*
                                        _____
                                        **RICHARD W. MARTINEZ (#17040)**
                                        Richard W. Martinez, APLC
                                        3500 N. Hullen St.
                                        Metairie, LA 70002
                                        Telephone: (504)525-3343
                                        Email: richard@rwmaplc.com
                                        Attorney for AMAG, INC.

**BY ELECTRONICAL MEANS THROUGH THE COURT'S CMECF SYSTEM:**

Leo D. Congeni on behalf of Plaintiff Royal Alice Properties, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Richard W. Martinez on behalf of Defendant AMAG, Inc.
richard@rwmaplc.com, claire@rwmaplc.com

**BY U.S. FIRST CLASS MAIL:**

AMAG, Inc.
233 Wilshire Blvd., Ste. 200
Santa Monica, CA 90401-1227