UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. |
| **ROYAL ALICE PROPERTIES, LLC** | 19-12337 "A" |
| DEBTOR | CHAPTER 11 |

----

| | |
|---|---|
| **ROYAL ALICE PROPERTIES, LLC** | |
| | **ADVERSARY NO.** |
| PLAINTIFF | **19-1133** |
| VS. | |
| **AMAG, INC.** | |
| DEFENDANT | |

## ORDER

Considering the Ex Parte Motion for Extension of Time to File Answer and/or Responsive Pleadings filed by Defendant **(P-5)**,

**IT IS ORDERED** that the Motion is granted and the Defendant, AMAG, Inc., is allowed until November 19, 2019 to file an answer and/or responsive pleadings to the complaint.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 29, 2019.

Meredith S. Grabill
U.S. Bankruptcy Judge