UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 19-12337 |
| ROYAL ALICE PROPERTIES, LLC | SECTION "A" |
| DEBTOR | CHAPTER 11 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROYAL ALICE PROPERTIES, LLC

    PLAINTIFF

VERSUS                                                            ADV. NO. 19-01133

AMAG, INC.

    DEFENDANT

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE ANSWER AND/OR RESPONSIVE PLEADINGS**

**NOW COMES** Defendant, AMAG. INC., with consent of Debtor, and respectfully requests a thirty (30) day extension to file an answer and/or responsive pleadings in this adversary proceeding No. 19-01133, and respectfully states as follows:

I.

A first extension was sought and obtained, requiring an Answer or other responsive pleadings on or before November 19, 2019.

II.

After the hearings before this Honorable Court, the Parties discussed potential methods to settle the entire case or reduce the issues the Court would be required to try.

III.

Royal Alice Properties, LLC has granted authority to its counsel, Leo Congeni, who has communicated to AMAG counsel in writing of the agreement by Debtor to a thirty day extension for AMAG to file responsive pleadings to the adversary proceeding and the parties further agreed that the hearing on this matter will be set for January 8, 2020, a currently set motion date of this Honorable Court.

**WHEREFORE,** AMAG, Inc. with consent of Debtor prays for a thirty (30) day extension to file an answer and/or responsive pleadings, and that a hearing if necessary on this matter be set for January 8, 2020, and for all other relief as is just.

Respectfully Submitted,

*/S/Richard W. Martinez*

_____
**RICHARD W. MARTINEZ (#17040)**
Richard W. Martinez, APLC
3500 N. Hullen St.
Metairie, LA 70002
Telephone: (504)525-3343
Email:  richard@rwmaplc.com
Attorney for AMAG, Inc.