# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 19-12337 |
| ROYAL ALICE PROPERTIES, LLC | SECTION "A" |
| DEBTOR | CHAPTER 11 |

*************************************************************************

ROYAL ALICE PROPERTIES, LLC

    PLAINTIFF

VERSUS          ADV. NO. 19-01133

AMAG, INC.

    DEFENDANT

## ORDER

Considering the *Consent Motion for Extension of Time to File Answer and/or Responsive Pleadings* filed by defendant AMAG, Inc., the consent of Plaintiff, Royal Alice Properties, LLC, and the Court finding due cause,

**IT IS ORDERED** that AMAG, Inc. be and hereby is GRANTED a thirty (30) day extension from the time the pleading would otherwise be due, to file an answer and/or responsive pleadings.

**IT IS FURTHER ORDERED** that counsel shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service

to that effect within three (3) days.

    New Orleans, Louisiana, November 26, 2019.

                              MEREDITH S. GRABILL
                              UNITED STATES BANKRUPTCY JUDGE