# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 19-12337 |
| **ROYAL ALICE PROPERTIES, LLC** | SECTION "A" |
| DEBTOR | CHAPTER 11 |

**********************************************************************

**ROYAL ALICE PROPERTIES, LLC**

    PLAINTIFF

VERSUS                           ADV. NO. 19-01133

**AMAG, INC.**

    DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the *Order* (P. 11) granting the *Consent Motion for Extension of Time to File Answer and/or Responsive Pleadings* (P. 9) filed by Defendant, AMAG, Inc. has been served by electronic means through the Court's CMECF system on all parties who receive service through the Court's CMECF System and U.S. First Class Mail on AMAG, Inc., as listed on the service list below, this 27th day of November, 2019.

Respectfully Submitted,

*/S/Richard W. Martinez*
_____
**RICHARD W. MARTINEZ (#17040)**
Richard W. Martinez, APLC
3500 N. Hullen St.
Metairie, LA 70002
Telephone: (504)525-3343
Email: richard@rwmaplc.com
Attorney for AMAG, INC.

**BY ELECTRONICAL MEANS THROUGH THE COURT'S CMECF SYSTEM:**

Leo D. Congeni on behalf of Plaintiff Royal Alice Properties, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Richard W. Martinez on behalf of Defendant AMAG, Inc.
richard@rwmaplc.com, claire@rwmaplc.com

**BY U.S. FIRST CLASS MAIL:**

AMAG, Inc.
233 Wilshire Blvd., Ste. 200
Santa Monica, CA 90401-1227