## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** | **CASE NO.   19-12337** |
| **ROYAL ALICE PROPERTIES, LLC** | **SECTION "A"** |
| **DEBTOR** | **CHAPTER 11** |

**************************************************************************

**ROYAL ALICE PROPERTIES, LLC**

     **PLAINTIFF**

**VERSUS**                                                    **ADV. NO. 19-01133**

**AMAG, INC.**

     **DEFENDANT**

### <u>CERTIFICATE OF SERVICE</u>

     **I HEREBY CERTIFY** that a copy of the *Answer of AMAG, Inc. to Complaint of Royal Alice Properties, LLC* (P. 13) filed by Defendant, AMAG, Inc. has been served by electronic means through the Court's CMECF system on all parties who receive service through the Court's CMECF System and U.S. First Class Mail on AMAG, Inc., as listed on the service list below, this 19th day of December, 2019.

     Respectfully Submitted,

     */S/Richard W. Martinez*

     _____

     **RICHARD W. MARTINEZ (#17040)**
     Richard W. Martinez, APLC
     3500 N. Hullen St.
     Metairie, LA 70002
     Telephone: (504)525-3343
     Email:  richard@rwmaplc.com
     Attorney for AMAG, INC.

**BY ELECTRONIC MEANS THROUGH THE COURT'S CMECF SYSTEM:**

Leo D. Congeni on behalf of Plaintiff Royal Alice Properties, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Richard W. Martinez on behalf of Defendant AMAG, Inc.
richard@rwmaplc.com, claire@rwmaplc.com

**BY U.S. FIRST CLASS MAIL:**

AMAG, Inc.
233 Wilshire Blvd., Ste. 200
Santa Monica, CA 90401-1227