UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| **ROYAL ALICE PROPERTIES, LLC** | **19-12337** |
| DEBTOR | CHAPTER 11 <br> SECTION "A" |

---

| | |
|---|---|
| **ROYAL ALICE PROPERTIES, LLC** | ADVERSARY NO. |
| | **19-01133 "A"** |
| **PLAINTIFF** | |
| VERSUS | |
| **AMAG, INC.** | |
| **DEFENDANT** | |

### ORDER FIXING SCHEDULING CONFERENCE

**IT IS ORDERED** that a Scheduling Conference with respect to the above-captioned adversary proceeding is set for **THURSDAY, JANUARY 30, 2020, AT 1:00 P.M.**, before the Honorable Meredith S. Grabill, U.S. Bankruptcy Judge, in the U.S. Bankruptcy Court for the Eastern District of Louisiana, Courtroom 709, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, January 9, 2020.

MEREDITH S. GRABILL

UNITED STATES BANKRUPTCY JUDGE