UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| **ROYAL ALICE PROPERTIES, LLC** | **19-12337** |
| DEBTOR | CHAPTER 11<br>SECTION "A" |

---

| | |
|---|---|
| **ROYAL ALICE PROPERTIES, LLC** | ADVERSARY NO.<br>**19-01133 "A"** |
| PLAINTIFF | |
| VERSUS | |
| **AMAG, INC.** | |
| DEFENDANT | |

### ORDER FIXING SCHEDULING CONFERENCE[1]

**IT IS ORDERED** that a Scheduling Conference with respect to the above-captioned adversary proceeding is set for **WEDNESDAY, JANUARY 15, 2020, AT 3:00 P.M.**, before the Honorable Meredith S. Grabill, U.S. Bankruptcy Judge, in the U.S. Bankruptcy Court for the Eastern District of Louisiana, Courtroom 709, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, January 9, 2020.

MEREDITH S. GRABILL

UNITED STATES BANKRUPTCY JUDGE

---

[1] This order amends the 1/9/2020 "Order Fixing Scheduling Conference" [ECF Doc. 15] to change the date and time of the conference.

United States Bankruptcy Court
Eastern District of Louisiana

Royal Alice Properties, LLC,
     Plaintiff

Adv. Proc. No. 19-01133-MSG

AMAG, Inc.,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 053L-2        User: admin        Page 1 of 1        Date Rcvd: Jan 09, 2020
                      Form ID: pdf964     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.
ust        +Eliane M Archambeault,   DOJ-Ust,   400 Poydras,   Suite 2110,   New Orleans, LA 70130-3238
dft        +AMAG, Inc.,   c/o Richard W. Martinez, APLC,   3500 N. Hullen St.,   Metairie, LA 70002-3420
pla        +Royal Alice Properties, LLC,   Royal Alice Properties, LLC,   900 Royal St.,
          New Orleans, LA 70116-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Jan 09 2020 19:37:35    Office of the U.S. Trustee,
          400 Poydras Street,   Suite 2110,   New Orleans, LA 70130-3238
ust        +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jan 09 2020 19:37:34
          United States Trustee - ORL7/13,   Office of the United States Trustee,
          George C Young Federal Building,   400 West Washington Street, Suite 1100,
          Orlando, FL 32801-2210
                                                                                                                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:
          Leo D. Congeni   on behalf of Plaintiff   Royal Alice Properties, LLC leo@congenilawfirm.com,
            michelle@congenilawfirm.com
          Richard W. Martinez   on behalf of Defendant   AMAG, Inc. richard@rwmaplc.com,   claire@rwmaplc.com
                                                                                                                                                            TOTAL: 2