UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 19-12337 |
| | * | |
| ROYAL ALICE PROPERTIES, LLC | * | SECTION "A" |
| | * | |
| Debtor | * | CHAPTER 11 |
| ****************************************** | | |
| ROYAL ALICE PROPERTIES, LLC | * | |
| | * | |
| Plaintiff | * | Adv. Proc. No. 19-01133 |
| v. | * | |
| | * | |
| AMAG, INC. | * | |
| | * | |
| Defendant | * | |
| | * | |

**DEBTOR ROYAL ALICE PROPERTIES LLC'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS [FRCP 37(a)]**

NOW INTO COURT, through undersigned counsel, comes Debtor Royal Alice Properties LLC ("Debtor") who, pursuant to FRCP 37(a), moves to compel AMAG, Inc. ("AMAG"), defendant in this adversary proceeding, to answer Debtor's Interrogatories and to produce documents identified in Debtor's Request For Production Of Documents ("Debtor Discovery"). Debtor's Discovery is attached hereto as Exhibit 1 as served on counsel for AMAG on January 14, 2020. This Court held a status conference in this adversary proceeding on May 15, 2020 and issued its scheduling order ("Scheduling Order") [Dkt. 20]. The Scheduling Order complies with the requirements of FRCP 26(f).

Counsel for Debtor sought responses from counsel for AMAG to Debtor Discovery on numerous occasions including in writing on May 4 and May 29, 2020 in the emails attached as Exhibit 2. Counsel for Debtor and AMAG formally "met and conferred" on June 4, 2020 as

1

reflected in the email from Debtor counsel attached as Exhibit 3. AMAG counsel declined to commit to any responses to Debtor Discovery until after conference with California counsel of AMAG. AMAG counsel has not advised counsel for Debtor that after such conference AMAG will respond to Debtor Discovery.

Rule 37(a)(3)(B)(iii) and (iv) authorize this Court on motion therefor to compel AMAG to respond to Debtor Discovery, both Interrogatories and Requests For Production Of Documents. *See Seastruck v. Entegris, Inc.*, No. 3:16-cv-2795-L, 2017 WL 6406627 (N.D. Tex., Dec. 15, 2017) *following Crosswhite v. Lexington Ins. Co.*, 321 Fed. Appx. 365, 368 (5th Cir. 2009).

There is no dispute that the Debtor Discovery was received by AMAG and that AMAG has not responded to that Debtor Discovery. There is no dispute that discovery may be served and enforced under the Scheduling Order or that Debtor has in good faith sought to avoid this motion by "meet and confer" with counsel for AMAG. Despite these efforts, AMAG continues to refuse to make any response to Debtor Discovery. Debtor cannot prepare for trial without the responses and documents requests in Debtor discovery.

Pursuant to FRCP 37(c) Debtor is entitled to sanctions against AMAG for its unjustified refusal to respond at all to Debtor Discovery. Debtor seeks reasonable sanctions of $5,000 to compensate it for the costs of seeking responses to Debtor Discovery and prosecuting this Motion.

AMAG has waived any objections to response to Debtor Discovery by reason of its failure to make any timely response thereto. See FRCP 33(b)(4); *First Nat'l Bank v. Cure Partners Sioux City LLC (In re Civic Partners Sioux City, LLC*, Adv. No. 11-9046, 2011 WL 6013847, *3 (Bankr. N.D. Iowa., Dec. 2, 2011) *following Jayne H. Lee v. Flagstaff Industries Corp.*, 173 F.R.D. 651, 653 (D. Md. 1997).

WHEREFORE, Debtor respectfully requests that this Court enter an Order (i) directing AMAG to respond without objections to Debtor Discovery no later than 14 days after the hearing on this Motion; (ii) deeming any objections by AMAG, Inc. to Debtor Discovery to have been waived; (iii) awarding sanctions against AMAG in the amount of $5,000 or such other amount deemed reasonable by the Court; and (iv) for such other and further relief as the Court deems just and equitable.

Dated: June 16, 2020

    **STILLMAN & ASSOCIATES**
    **PHILIP H. STILLMAN (Cal.152861)**
    3015 N. Bay Rd. Ste B
    Miami Beach, FL 33140
    Tel: (888) 235-4279
    pstillman@stillmanassociates.com

and

*/s/Leo D. Congeni*
**CONGENI LAW FIRM, LLC**
LEO D. CONGENI (#25626)
650 Poydras Street, Suite 2750
New Orleans, LA 70130
Telephone: 504-522-4848
Facsimile: 504-910-3055
Email: leo@congenilawfirm.com

***Counsel for Royal Alice Properties, LLC***

### Local Rule 7026-1 Certification

I, Leo D. Congeni, hereby certify that counsel for AMAG, Inc., Richard Martinez, and I conferred by telephone, including on June 4, 2020, in a good faith effort to resolve amicably the failure of AMAG, Inc. to respond to the Debtor Discovery, and that as of the filing of this Motion AMAG, Inc. still has not served a response to the Debtor Discovery.

*/s/ Leo D. Congeni*
LEO D. CONGENI