UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 19-12337 |
| | * | |
| ROYAL ALICE PROPERTIES, LLC | * | SECTION "A" |
| | * | |
| Debtor | * | CHAPTER 11 |
| ****************************************** | | |
| ROYAL ALICE PROPERTIES, LLC | * | |
| | * | |
| Plaintiff | * | Adv. Proc. No. 19-01133 |
| v. | * | |
| | * | |
| AMAG, INC. | * | |
| | * | |
| Defendant | * | |
| | * | |

**NOTICE OF HEARING**

Please be advised that ***Debtor Royal Alice Properties, LLC's Motion to Compel Answers to Interrogatories and Production of Documents [FRCP 37(a)]*** **[ECF No. 22]** (the "Motion") has been filed by Royal Alice Properties, LLC (the "Debtor"), through undersigned counsel. A copy of the Motion and exhibits attached thereto can be obtained via the Court's Document Filing System, https://ecf.laeb.uscourts.gov/cgi-bin/login.pl, or by requesting same from counsel for the Debtor.

PLEASE BE FURTHER ADVISED that a **telephonic hearing** will be held in connection with the Motion, on the 8th day of July, 2020, at 2:00 p.m., before United States Bankruptcy Judge Meredith S. Grabill in U.S. Bankruptcy Court, Eastern District of Louisiana, Hale Boggs Federal Building, 500 Poydras St., Courtroom B-709, New Orleans, Louisiana 70130. **The dial-in number for Section A is 888-684-8852. The Access Code is 9318283**.

2

PLEASE BE FURTHER ADVISED that any party opposing the Motion MUST file a written objection with the Clerk, United States Bankruptcy Court for the Eastern District of Louisiana, whose address is B-601, 500 Poydras St., New Orleans, Louisiana 70130, by 5:00 p.m. no later than seven (7) calendar days PRIOR to the scheduled July 8, 2020 hearing and must serve copies of any such objection upon counsel for the Debtor at the address indicated below.

New Orleans, Louisiana, this 16th day of June 2020.

CONGENI LAW FIRM, LLC
LEO D. CONGENI (#25626)
650 Poydras Street, Suite 2750
New Orleans, LA 70130
Telephone: (504) 522-4848
Facsimile: 504-910-3055
Email: leo@congenilawfirm.com