UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 19-12337 |
| ROYAL ALICE PROPERTIES, LLC | SECTION "A" |
| DEBTOR | CHAPTER 11 |

************************************ ****************************************

ROYAL ALICE PROPERTIES, LLC

      PLAINTIFF                      **ADV NO. 19-0113**

VERSUS

AMAG, INC.

      DEFENDANT

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7056 and Local Rule 7056-1 of the United States Bankruptcy Court for the Eastern District of Louisiana, Defendant AMAG, Inc., by and through its attorneys of record, moves this Court for the entry of summary judgment in its favor on all of its claims for declaratory relief set forth in Debtor and Plaintiff Royal Alice Properties, LLC's Complaint for Declaratory Relief. The grounds for this Motion for Summary Judgment ("Motion") are set forth in Defendant AMAG, Inc.'s Memorandum in Support of Motion for Summary Judgment filed in support of this Motion. This Motion is also supported by

MOTION FOR SUMMARY JUDGMENT – 1

the Declarations of Steven C. Markoff, Robert Frcek and John F. Kurtz, Jr. and the exhibits attached to those Declarations.

DATED THIS 26th day of August, 2020.

/s/ John F. Kurtz, Jr.
**John F. Kurtz, Jr. (Admitted *Pro Hac Vice*)**
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5232
Email: jkurtz@hawleytroxell.com
Attorney for AMAG, Inc.