UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 19-12337 |
| ROYAL ALICE PROPERTIES, LLC | SECTION "A" |
| DEBTOR | CHAPTER 11 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROYAL ALICE PROPERTIES, LLC

PLAINTIFF

VERSUS                                                              **ADV. NO. 19-01133**

AMAG, INC.

DEFENDANT

### DECLARATION OF ROBERT FRCEK

I, Robert Frcek, declare and state as follows:

1. My name is Robert Frcek. I am over 18 years of age, of sound mind, and capable of making this Declaration. I have personal knowledge of the facts stated herein. If called as a witness, I could and would competently testify to the matters discussed herein.

2. I am the Chief Financial Officer of Plaintiff, AMAG, Inc., a California corporation ("**AMAG**"). This Declaration is based upon my personal knowledge obtained in part from personal participation in the events at issue and from my personal review of business records, of which I share custodianship, kept by AMAG, made by AMAG as part of its business practice, and in the course of regularly-conducted business activity, which records were made at or near the time by, or from the information transmitted by, an employee of AMAG with personal knowledge of the information recorded in said business records.

DECLARATION OF ROBERT FRCEK - 1

07616.0191.13061253.2

3. I am the Chief Financial Officer of Palm Finance Corporation ("Palm Finance").

4. Palm Finance is and was at all relevant times a corporation in good standing, under the laws of the State of California, with its principal place of business at 233 Wilshire Blvd., Suite 200, Santa Monica, California 90401 and at all relevant times has been licensed in the State of California as a Finance Lender.

5. Attached to this Declaration as Exhibit 1 is a true and correct copy of the Loan Agreement dated July 31, 2013 entered into between AMAG, as "Lender," and Susan H. Hoffman, an individual, and Royal Alice Properties, LLC, a Louisiana limited liability company.

6. Attached to this Declaration as Exhibit 2 is a true and correct copy of the Secured Promissory Note dated July 31, 2013 for which Susan H. Hoffman, an individual, and Royal Alice Properties, LLC, a Louisiana limited liability company were the "Makers" and AMAG was the Payee.

7. Attached to this Declaration as Exhibit 3 is a true and correct copy of an agreement entitled "Sale and Transfer of Notes and Security Therefor Without Recourse" between Whitney Bank, as the successor-in-interest to Hancock Bank of Louisiana, and AMAG.

8. Attached to this Declaration as Exhibit 4 is a true and correct copy of a Continuing Personal Guaranty (Peter M. Hoffman) pursuant to which Peter Hoffman agreed to guaranty the loan made to Susan H. Hoffman, an individual, and Royal Alice Properties, LLC, a Louisiana limited liability company, which loan is evidenced by the Loan Agreement and Secured Promissory Note described in Paragraphs 5 and 6 above.

9. Attached to this Declaration as Exhibit 5 is a true and correct copy of pages of the Sale and Transfer of Notes and Security Therefor Without Recourse described in Paragraph 7 above showing recording information in New Orleans Parish for that agreement.

10. Attached to this Declaration as Exhibit 6 is a true and correct copy of an

Acknowledgement of Existing Multiple Indebted Mortgage signed by Susan H. Hoffman, an individual.

11. Attached to this Declaration as Exhibit 7 is a true and correct copy of Emails between Steven Markoff, Peter Hoffman, and Susan Hoffman dated May 9-10, 2013.

12. Attached to this Declaration as Exhibit 8 is a true and correct copy of a Memorandum signed by Peter Hoffman and Susan Hoffman on May,16, 2013.

13. Attached to this Declaration as Exhibit 9 is a true and correct copy of Summary of Loan Terms Spreadsheet for the AMAG Loan made to Susan Hoffman and Royal Alice on July 31, 2013.

14. Attached to this Declaration as Exhibit 10 is a true and correct copy of the Stock Purchase Agreement dated July 31, 2013 between AMAG and Susan Hoffman.

15. Attached to this Declaration as Exhibit 11 is a true and correct copy of emails between Peter Hoffman, Susan Hoffman and representatives of AMAG on July 26, 2013.

16. Attached to this Declaration as Exhibit 12 is a true and correct copy of emails between Peter Hoffman, Susan Hoffman and representatives of AMAG dated July 28-29, 2013.

17. Attached to this Declaration as Exhibit 13 is a true and correct copy of the Subscription Agreement for Series A Convertible Exchangeable Preferred Stock of Seven Arts Entertainment Inc. dated October 17, 2011.

18. Attached to this Declaration as Exhibit 14 is a true and correct copy of Letter from Lionel Sawyer & Collins regarding Seven Arts Entertainment, Inc. Series A Convertible Preferred Stock Dated October 26, 2011.

19. Attached to this Declaration as Exhibit 15 is a true and correct copy of a Letter from Palm Finance Corporation Regarding Seven Arts Entertainment, Inc. (Issuance of Series A Preferred Stock) dated November 1, 2011 and a Bill of Sale and Assignment attached to that letter.

20. Attached to this Declaration as Exhibit 16 is a true and correct copy of a Shareholder Statement for Seven Arts Entertainment Inc. Series A Cumulative date November 2, 2011.

21. Attached to this Declaration as Exhibit 17 is a true and correct copy of the Loan Agreement dated March 31, 2003 entered into between Palm Finance, as "Lender," and Seven Arts Pictures, Inc., a Nevada corporation, and Seven Arts Pictures Limited, an entity formed in the United Kingdom.

22. Attached to this Declaration as Exhibit 18 is a true and correct copy of the Continuing Personal Guaranty signed by Peter Hoffman and Susan Hoffman.

23. Attached to this Declaration as Exhibit 19 is a true and correct copy of the Loan Agreement dated July 18, 2003 entered into between Palm Finance, as "Lender," and Seven Arts Pictures, Inc., a Nevada corporation, and Seven Arts Pictures Limited, an entity formed in the United Kingdom, and Asylum Productions Limited, a California corporation.

24. Attached to this Declaration as Exhibit 20 is a true and correct copy of the Continuing Personal Guaranty signed by Peter Hoffman and Susan Hoffman.

25. Attached to this Declaration as Exhibit 21 is a true and correct copy of the Loan Modification Agreement signed by Peter Hoffman and Susan Hoffman.

26. Attached to this Declaration as Exhibit 22 is a true and correct copy of the Deed of Trust dated November 19, 2003 from Peter Miles Hoffman and Susan Lee Hoffman to First American Title Company for the benefit of Palm Finance.

27. Attached to this Declaration as Exhibit 23 is a true and correct copy of the Second Loan Modification Agreement signed by Peter Hoffman and Susan Hoffman.

28. Attached to this Declaration as Exhibit 24 is a true and correct copy of the Agreement dated February 9, 2006 entered into between Palm Finance and Peter Hoffman and Susan Hoffman.

29. Attached to this Declaration as Exhibit 25 is a true and correct copy of the Assignment of Loan Documents entered into between Palm Finance, as "Assignor," and Arrowhead Target Fund, Ltd, a British Virgin Islands limited company.

30. Attached to this Declaration as Exhibit 26 is a true and correct copy of the Secured Promissory Note dated February 15, 2006 for which Peter M. Hoffman, an individual, and Susan H. Hoffman, an individual, were the "Makers" and Palm Finance was the Payee, signed by Peter Hoffman and Susan Hoffman.

31. Attached to this Declaration as Exhibit 27 is a true and correct copy of the Loan Agreement dated May 7, 2007 entered into between Palm Finance, as "Lender," and New Moon Pictures, LLC, a Louisiana limited liability company, Pool Boy the Movie, LLC, a Louisiana limited liability company, and Autopsy, LLC, a Louisiana limited lability company ("Autopsy Loan").

32. Attached to this Declaration as Exhibit 28 is a true and correct copy of a Continuing Personal Guaranty signed by Peter Hoffman guarantying the repayment of the Autopsy Loan.

DECLARATION OF ROBERT FRCEK - 5

07616.0191.13061253.2

33. Attached to this Declaration as Exhibit 29 is a true and correct copy of the Forbearance and Workout Agreement #5 entered in to November 24, 2010 signed by Peter Hoffman.

34. Attached to this Declaration as Exhibit 30 is a true and correct copy of the Forbearance and Workout Agreement #6 entered in to October 28, 2011 signed by Peter Hoffman.

35. Attached to this Declaration as Exhibit 31 is a true and correct copy of the Deed of Trust dated August 1, 2016 from Peter Miles Hoffman and Susan Lee Hoffman to First American Title Company for the benefit of Palm Finance.

36. Attached to this Declaration as Exhibit 32 is a true and correct copy of the Loan Schedule the Autopsy Loan.

37. . The Loan Schedule attached to this Declaration as Exhibit 32 is an Excel spreadsheet maintained by Palm Finance to show all amounts loaned, all payments received, and all interest paid and accrued for the Autopsy Loan. I am familiar with this Loan Schedule and believe that it accurately accounts for the Autopsy Loan. The Loan Schedule shows that Palm Finance received more than $2.0 million in loan payments during the four year period prior to June 1, 2017 when it applied the surplus proceeds from the foreclosure of the Queens Road Property in the amount of $392,779.74 as a payment against the Autopsy Loan. The Loan Schedule also accurately shows that Palm Finance a payment of $245,124 on March 26, 2014 that was applied against the Autopsy Loan.

38. Attached to this Declaration as Exhibit 33 is a true and correct copy of emails between Peter Hoffman, Robert Frcek, Steven Markoff, John Kurtz, and Dennis Lautzenheiser dated February 25, 2014 advising Peter Hoffman that Palm Finance had received two wires

DECLARATION OF ROBERT FRCEK - 6

totaling $654,905 on January 10, 2014 and January 30, 2014 of which the amount of $436,695 was applied as a payment against the Autopsy Loan. The February 25, 2014 email in response from Peter Hoffman provides: "Thank you for this information." To my knowledge, Peter Hoffman never communicated to Palm Finance that those payments were not properly applied to the Autopsy Loan.

39. Attached to this Declaration as Exhibit 34 is a true and correct copies of emails with Trustee Corps regarding surplus proceeds from the foreclosure of Queens Road Property.

40. Attached to this Declaration as Exhibit 35 is a true and correct copy of Emails between Peter Hoffman, Robert Frcek, Steven Markoff dated June 1, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on this 25th day of August 2020, in Santa Monica, California.

_____
Robert Frcek

DECLARATION OF ROBERT FRCEK - 7