UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CASE NO. 19-12337

ROYAL ALICE PROPERTIES, LLC  SECTION "A"

    DEBTOR  CHAPTER 11

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROYAL ALICE PROPERTIES, LLC

    PLAINTIFF

VERSUS  ADVERSARY NO. 19-1133

AMAG, INC.

    DEFENDANT

**DECLARATION OF JOHN F. KURTZ, JR.**

I, John F. Kurtz, Jr., declare and state as follows:

1. My name is John F. Kurtz, Jr. I am over 18 years of age, of sound mind, and capable of making this Declaration. This Declaration is based on my review of the documents identified in this Declaration as one of the attorneys for AMAG, Inc.

2. I am a partner with the law firm of Hawley Troxell Ennis & Hawley and the attorney representing Defendant AMAG, Inc. ("AMAG") in the above entitled lawsuit.

3. A true and correct copy of a pleading entitled "Debtor Royal Alice Properties LLC's Supplement to Its Responses to AMAG's Interrogatories" that I received from Debtor Royal Alice Properties, LLC's ("Royal Alice") attorneys is attached to this Declaration as Exhibit 1.

4. On page 3 of Exhibit 1, Royal Alice identified documents numbered "000159-62, 0238-02980" as the documents used in asserting the allegations contained in Paragraphs 14-23,

DECLARATION OF JOHN F. KURTZ, JR. - 1

which Royal Alice identified as the paragraphs that "are an integrated set of allegations of the simulated nature of the Preferred Stock purportedly acquired by Ms. Hoffman when she executed the AMAG Loan."

5. Attached as Exhibit 2 to this Declaration are true and correct copies of the documents identified with numbers "000159-62, 0238-02980."

6. On page 3 of Exhibit 1, Royal Alice identified documents numbered "04401-04464 and 05080-094" as the documents used in asserting the allegations contained in Paragraphs 24-27, which Royal Alice identified as the paragraphs that "are an integrated set of allegations of the concerning the conversion of approximately $392,000 realized by AMAG on the foreclosure of the sale of Mr. Hoffman's home in Los Angeles and not applied to the AMAG Loan.

7. Attached as Exhibit 3 to this Declaration are true and correct copies of the documents identified with numbers "04401-04464 and 05080-094."

I declare under penalty of perjury under the laws of the State of Louisiana that the foregoing is true and correct, and that this Declaration was executed on this 25th day of August 2020, in Boise, Idaho.

_____
JOHN F. KURTZ, JR.

DECLARATION OF JOHN F. KURTZ, JR. - 2

07616.0191.13105051.1