UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 19-12337 |
| | * | |
| ROYAL ALICE PROPERTIES LLC | * | SECTION "A" |
| | * | |
|     Debtor | * | CHAPTER 11 |
| | * | |
| ****************************************** | | |
| | * | |
| ROYAL ALICE PROPERTIES LLC | * | |
| | * | |
|     Plaintiff | * | ADV. NO.: 19-01133 |
| v. | * | |
| | * | |
| AMAG, INC | * | |
| | * | |
|     Defendant | * | |
| ****************************************** | | |

# NOTICE OF APPEAL

**Part 1. Identify the Appellant**

1. Name of Appellant: Royal Alice Properties, LLC

2. Position of Appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal is Plaintiff in the adversary proceeding.

**Part 2. Identify the Subject of the appeal**

1. Describe the judgment, order, or decree appealed from:

    *Memorandum Opinion and Order* [Adv. ECF No. 113] and *Judgment Dismissing Complaint* [Adv. ECF No. 114]

2. State the date on which the judgment, order, or decree was entered: November 25, 2020

**Part 3. Identify the other parties of the appeal**

1. Party: Royal Alice Properties, LLC

   Attorney:   LEO D. CONGENI (#25626)
   Congeni Law Firm, LLC
   650 Poydras Street, Suite 2750
   New Orleans, LA  70130
   Telephone: 504-522-4848
   Facsimile:  504-910-3055
   Email:  leo@congenilawfirm.com

   Attorney:   PHILIP H. STILLMAN (*pro hac vice*)
   Stillman & Associates
   3015 North Bay Rd., Ste. B
   Miami Beach, Florida 33140
   Telephone: (888) 235-4279
   Email:  pstillman@stillmanassociates.com

2. Party: AMAG, Inc.

   Attorney:   JOHN F. KURTZ, JR. (pro hac vice)
   Hawley Troxell Ennis & Hawley
   877 W. Main Street, Suite 1000
   Boise, ID 83616
   Telephone:  (208) 344-6000
   Email: jkurtz@hawleytroxell.com

3. Party: Dwayne Murray, in his capacity as Chapter 11 Trustee

   Attorney:   LOUIS M. PHILLIPS (#10505)
   ERIN K. ARNOLD (#29069)
   Kelly Hart & Pitre
   400 Poydras Street, Suite 1812
   New Orleans, LA 70130
   Telephone: (504) 522-1812
   Facsimile: (504) 522-1813
   Email: erin.arnold@kellyhart.com

Dated: December 8, 2020  STILLMAN & ASSOCIATES

By: _____
**PHILIP H. STILLMAN (#156861)**
3015 North Bay Rd., Ste. B
Miami Beach, Florida 33140
Telephone: (888) 235-4279
Email: pstillman@stillmanassociates.com

and

/s/ Leo D. Congeni
_____
**CONGENI LAW FIRM, LLC**
LEO D. CONGENI (#25626)
650 Poydras Street, Suite 2750
New Orleans, LA 70130
Telephone: 504-522-4848
Facsimile: 504-910-3055
Email: leo@congenilawfirm.com

**Attorneys for Appellant**

3