

United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building, Suite B-601

Sheila Booth     500 Poydras Street     Telephone: (504) 589-7878
Clerk of Court     New Orleans, Louisiana 70130     FAX: (504) 589-7849

January 19, 2021

Ms. Carol Michel
United States District Court
Eastern District of Louisiana
500 Camp Street, Room 151
New Orleans, Louisiana 70130

Re:     **NOTICE OF APPEAL**
Case Name: Royal Alice Properties, LLC
Case No.:     20-cv-3346, Section R, Magistrate 3

Dear Mr. Blevins:

    Attached are the following:

☒     Copy of Docket Sheet(s)
☒     Copy of Appellant's Designation/Issues with attached PDFs.

Thank you for your assistance.

                                           Sincerely,
                                           Sheila Booth

                                           By: S/ Kenisha Sylvester
                                           DEPUTY CLERK